UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MILLER'S FURNITURE OF MERCER
COMPANY, a Pennsylvania
Corporation, individually and as the
representative of a class of similarly-
situated persons,

       Plaintiff,

v.                                     Case No: 2:17-cv-456-FtM-99CM

BANNER LIFE INSURANCE
COMPANY, WILLIAM PENN LIFE
INSURANCE COMPANY OF NEW
YORK, DJM ADVISORY GROUP
LLC, DONALD QUIRKE and JOHN
DOE,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of Plaintiff's Notice of Dismissal With Prejudice (Doc. 73, "Notice") filed on January 9, 2018. This junk fax case has been stayed since October 19, 2017, pending final settlement of another case involving the identical junk fax, *JWD Automotive, Inc. v. DJM Advisory Group, LLC, et al.*, case no. 2:15-cv-793-JES-MRM ("*JWD*"). The Notice informs the Court that the *JWD* class settlement has been

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

approved and the case dismissed; therefore, Plaintiff requests that this case be dismissed with prejudice.

Although Defendants have previously represented that final approval of the *JWD* settlement would resolve Plaintiff's claims in this case (Doc. 50 at 1-2), the Notice of Dismissal is not stipulated to as required by Federal Rule of Civil Procedure 41. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal *is signed by all parties who have appeared*. Thus, the Court will deny the request for dismissal at this time without prejudice to refiling as a stipulation. If the *JWD* settlement somehow requires dismissal of this case in some other fashion, Plaintiff must inform the Court of this. Because the *JWD* settlement has received final approval and has been dismissed, the Court will lift the stay of this matter.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Notice of Dismissal With Prejudice (Doc. 73) is **DENIED without prejudice**.

(2) The stay of this case is lifted. The Clerk is directed to remove the stay flag from the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of January, 2018.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record