UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| MILLER'S FURNITURE OF MERCER COMPANY, d/b/a HANEY'S COMFORT LIVING FURNITURE, a Pennsylvania Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK, DJM ADVISORY GROUP, LLC, DONALD QUIRKE, and JOHN DOES 1-12,<br><br>Defendants. | Civil Action No.:<br>2:17-cv-00456-UA-CM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Miller's Furniture of Mercer Company, d/b/a Haney's Comfort Living Furniture; Defendants Banner Life Insurance Company and William Penn Life Insurance Company of New York; and Defendants DJM Advisory Group, LLC and Donald Quirke hereby stipulate to the dismissal of the above-captioned case with prejudice.

Dated: January 10, 2018.

*[signatures on following page]*

1

_/s/ Richard Shenkan_
Richard Shenkan
SHENKAN INJURY LAWYERS LLC
6550 Lakeshore Street
West Bloomfield, Michigan 48323
Telephone: (248) 562-1320
Facsimile: (888) 769-1774
Email: rshenkan@shenkanlaw.com

**Counsel for Plaintiff**
**MILLER'S FURNITURE OF MERCER COMPANY, D/B/A HANEY'S COMFORT LIVING FURNITURE**

_/s/ Nicole L. Milone_
Nicole L. Milone (_pro hac vice_)
Paul B. Sweeney (_pro hac vice_)
CERTILMAN BALIN ADLER & HYMAN LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554-1597
Telephone: (516) 296-7000
Facsimile: (516) 296-7111
Email: nmilone@certilmanbalin.com
         psweeney@certilmanbalin.com

A. Brian Phillips
A. BRIAN PHILLIPS PA
912 Highland Ave
Orlando, Florida 32803
Telephone: 407-872-0777
Facsimile: 407-872-0704
Email: brian.phillips@phillips-law-firm.com

**Counsel for Defendants**
**DJM ADVISORY GROUP, LLC and DONALD QUIRKE**

_/s/ Patricia A. Gorham_
Patricia A. Gorham
Florida Bar Number 0049861
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
Email: patriciagorham@eversheds-sutherland.com

**Counsel for Defendants**
**BANNER LIFE INSURANCE COMPANY and WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK**